UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE JORDAN, | No. 2:16-cv-02442-KJM-AC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CALIFORNIA DEPARTMENT OF JUSTICE, | |
| Defendants. | |

Following the withdrawal of counsel, plaintiff is proceeding in this matter pro se, and all pretrial matters are accordingly referred to the undersigned pursuant to Local Rule 302(c)(21). ECF No. 22 at 23. As noted in the minute order issued December 1, 2017, all motions should now be noticed for hearing before the undersigned. ECF No. 23. Upon review of the docket, the undersigned has determined that the scheduling order issued by District Judge Kimberly J. Muller, ECF No. 19, remains appropriate. All deadlines previously set remain binding on the parties.

IT IS SO ORDERED.

DATED: December 8, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE