1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  FIEL D. TIGNO, State Bar No. 161195
   Supervising Deputy Attorney General
3  LISA J. PLANK, State Bar No. 153737
   Deputy Attorney General
4    1515 Clay Street, 20th Floor
     P.O. Box 70550
5    Oakland, CA  94612-0550
     Telephone:  (510) 879-1001
6    Fax:  (510) 622-2270
     E-mail:  Lisa.Plank@doj.ca.gov
7
   *Attorneys for Defendant*
8  *California Department of Justice*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COLLETTE JORDAN,** | 2:16-cv-02442-KJM-AC |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO AMEND THE SCHEDULING ORDER** |
| **CALIFORNIA DEPARTMENT OF JUSTICE, and DOES 1-10, inclusive,** | |
| Defendants. | |

The motion of Defendant CALIFORNIA DEPARTMENT OF JUSTICE ("DOJ") to amend the scheduling order came on for hearing before this Court, plaintiff COLLETTE JORDAN appearing *in Pro Per* and Lisa J. Plank appearing for Defendant.  After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that Defendant's Motion to Amend the Scheduling Order is GRANTED, and the Scheduling Order is hereby amended as follows:

- Discovery cut-off is changed from March 4, 2018 to July 2, 2018;
- Disclosure of Expert Witnesses deadline is changed from April 18, 2018 to August 17, 2018;

- Supplemental Expert Disclosures deadline is changed from May 9, 2018 to September 10, 2018;

- Deadline to Complete Expert Discovery is changed from June 6, 2018 to October 5, 2018; and

- Deadline to Hear Dispositive motions is changed from July 18, 2018 to November 16, 2018.

IT IS SO ORDERED.

DATED: February 27, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE