UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE JORDAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF JUSTICE,<br><br>    Defendant. | No. 2:16-cv-02442 KJM AC PS<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se following the withdrawal of her attorney. ECF No. 22. The action was accordingly referred to the undersigned by Local Rule 302(c)(21). ECF No. 23. On March 23, 2018, defendant filed a motion to compel responses to special interrogatories and for sanctions pursuant to Local Rule 251(e). ECF No. 28. Plaintiff has not responded to the motion.

Local Rule 251(e) provides that an opposition to the granting of a motion must be filed seven days preceding the noticed hearing date. Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Defendant's motion is currently set to be heard on April 18, 2018. ECF No. 28. Plaintiff's response was due April 11, 2018. Plaintiff did not file a response. In light of

plaintiff's pro se status, the court will afford her a final opportunity to respond in writing to defendant's motion by re-setting the hearing to May 2, 2018. Plaintiff's response will be due April 25, 2018.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The motion hearing date of April 18, 2018 is CONTINUED to May 2, 2018, at 10:00 a.m. in Courtroom No. 26;
2. Plaintiff shall file an opposition – or a Statement of Non-Opposition – to the motion, no later than April 25, 2018. Failure to file an opposition or to appear at the hearing will be deemed as a statement of non-opposition and may result sanctions.

DATED: April 13, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2