1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   COLLETTE JORDAN,                        No.  2:16-cv-02442 KJM AC (PS)

12              Plaintiff,

13        v.                                 FINDINGS AND RECOMMENDATIONS

14   CALIFORNIA DEPARTMENT OF
     JUSTICE,
15
                Defendant.
16

17

18        Plaintiff is proceeding in this action pro se.  The action was accordingly referred to the

19   undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21).  On March 23, 2018,

20   defendant filed a motion to compel discovery responses.  ECF No. 28.  Plaintiff did not respond.

21   The court issued an order re-setting the hearing and instructing plaintiff to respond no later than

22   April 25, 2018.  ECF No. 29.  Plaintiff again did not respond.  On April 26, 2018, the court issued

23   an order to show cause requiring plaintiff to explain in writing, by May 10, 2018, why her case

24   should not be dismissed for failure to prosecute.  ECF No. 30.  Plaintiff has not responded to the

25   court's orders, nor taken any action to prosecute this case.

26        Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without

27   prejudice, for lack of prosecution and for failure to comply with the court's order.  See Fed. R.

28   Civ. P. 41(b); Local Rule 110.

                                            1

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after being served with these findings and recommendations, the parties may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Local Rule 304(d). If objections are filed, responses are due within seven (7) days of the filing. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 11, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE